■ JAMES STODDARD, an Infant, by FRANCIS J. STODDARD, His Guardian ad Litem, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries sustained by the infant plaintiff, then three years and nine months old, as a result of a fire in an unimproved privately-owned lot, the action being brought on the theory that defendant failed to furnish adequate police supervision either to prevent the setting of such fire on the premises or to abate the fire, plaintiff appeals: (a) from an order of the Supreme Court, Richmond County, dated March 16, 1961, which granted defendant's motion, made under rule 106 of the Rules of Civil Practice, to dismiss the complaint; and (b) from the judgment of said court, dated April 3, 1961, entered on such order. Order and judgment affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ MARY TORNAMBE, Respondent, v. PAUL R. TORNAMBE et al., Appellants.— In a negligence action to recover damages for personal injuries, the defendants appeal from a judgment of the Supreme Court, Queens County, entered June 1, 1961, after trial, on a jury's verdict in favor of plaintiff against both defendants. Judgment reversed on the law and the facts, without costs, and complaint dismissed. Plaintiff failed to show, either by direct proof or by circumstantial evidence, her freedom from contributory negligence. No presumption that she was free from blame arises from the mere happening of an injury and from proof that defendant was, or might have been, negligent (*Weston* v. *City of Troy*, 139 N. Y. 281, 282). When, as in this case, circumstances point as much to the negligence of the plaintiff as to its absence, or point in neither direction, a nonsuit should be granted (*Wiwirowski* v. *Lake Shore & Michigan So. Ry. Co.*, 124 N. Y. 420, 425). Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

## (April 23, 1962)

■ SARAH SANICK, Appellant, v. HERMAN SCHAUDER, Respondent.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.